IN THE UNITED STATES DISTRICT COURT

FOR THE _Eastern_ DISTRICT OF _California_

_____ DIVISION

*(Write the District and Division, if any, of the*
*court in which the complaint is filed.)*

FILED

AUG 0 8 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

_Kyle David Milton_ # 17100085
_U.S.P. Atwater, P.O. Box 019001_
_(Plaintiff)_ _Atwater, Ca 95301_

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

_B.M. Trate (usp Atwater Warden)_
_Paltenghi, R. M.D (usp Atwater-med)_
_Dr. Grassely (F.C.i. Sheredans)_

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names. Do not include*
*addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. _1:22-cv-00988-EPG (PC)_

*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes   ☐ No
*(check one)*

RECEIVED

AUG 08 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only:* the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis.*

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name         *Kyle D Milton*

All other names by which you have been known:

_____

        ID Number      *#17100085*
        Current Institution  *U.S.P. Atwater*
        Address       *P.O. Box 019001*
                      *Atwater, CA 95301*

    B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
        Name         *B.M. TRATE*
        Job or Title    *WARDEN*
        (if known)
        Shield Number
        Employer      *(F.B.O.P.) federal Bureau of Prisons*
        Address       *P.O. Box 019001*
                      *Atwater, CA 95301*

      ☑ Individual capacity      ☐ Official capacity

Defendant No. 2
        Name         *Pattenghi, R*

Job or Title        Medical Doctor
(if known)

Shield Number

Employer            Bfederal Bureau of Prisons
Address             P.O. Box 019001 Atwater, Ca 95301

☑ Individual capacity        ☐ Official capacity

Defendant No. 3

Name                "DR. GRASSELY" (F.C.I. Sheridan)
Job or Title        Sheridan's Medical Doctor
(if known)

Shield Number

Employer            Federal Bureau of Prisons
Address             -federal Correctional Institution - Sheridan
                    Sheridan Sheridan, OR P.O. Box 5000
                                                    97378

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity        ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    Federal officials (a *Bivens* claim)

☐    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Certain Amendment rights 1st, 4th, 5th, 6th, 8th 9th, 14th amendment, constitutional rights.

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

_____

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐  Convicted and sentenced state prisoner

☒  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____
_____
_____

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Started At F.C.i Sheridan December 2021, Then transfered to U.S.P. Atwater At the End of May 2022, up until present here at U.S.P. Atwater.
(See facts)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

From December 2021 until present.
(See facts)

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am being denied life-saving Medication for a severe chronic condition. Denial of Medication-Assisted treatment by Sheridan and Atwater federal prison staff after 2 Doctors Approved treatment. (See facts) ⟶

DR. Bindl and DR. McCain Approved "Mat" treatment, but medical Refused to provide life saving medication and treatment.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

physical— Damage to organs, body, brain, ect. from drug use that could have been prevented. Large syringe track on arm from constant drug use that could have been prevented causing pain. Mental + Emotional— Constant 24 hours a day extreem stress, anxiety, thoughts of harm to self and others, loss of sleep at night, loss of weight from loss of appetite, depression severe, loss of contact with loved ones + family, extreem anger, extreem emotional pain, complete deterioration of mental health from constant terror from losing my life from overdose.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① $500,000 For Damages For injuries and to prevent federal employees from denying future lives from treatment and help to prevent loss of lives, (Requesting $400,000 of the $500,000 to be donated to Any program to help children with parents with opioid use disorder, or children with parents that died of overdose. ② Immediate treatment and Medication (suboxone or Methadone) ③ Staff disciplined and re-trained on treatment for inmates.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

F.C.I. Sheridan, U.S.P. Atwater.

_____

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☑    Do not know

If yes, which claim(s)?

_____

_____

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

I filed my first Bp-8 and 9 at f.c.i sheridan, but staff refused to respond to my Bp-9 and when I transfered to Atwater they "lost" all my legal documents, including my Bp8 and Bp-9 papers.

2.   What did you claim in your grievance?

That Medical staff are refusing to provide my life saving medication and treatment, violating the FiRST STEP ACT, B.o.p. polray, my constitutional and prison Rights. I requested immediate relief by providing treatment.

3.   What was the result, if any?

They denied the Bp-8 due to "cannot resolve at this level" and Refused to respond to Bp-9. at sheridan And wouldn't respond to my Bp-9 at Atwater, #1123144-F2

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I got to Atwater, re-filed a bp8 and bp-9, refused to respond, talked to every staff possible for weeks, was told eventually that DR. Gilliam was responding to bp-9, I spoke to DR. Gilliam and stated he respond, but I never recieved my bp-9 back. I've Now re-filed again for the third time Now, they are again refusing to respond I filed once again and the bp-8 stated I missed a "call-out" recently for treatment, which is false. They did Not call me down to medical that day IF I was to show up or write an incident report for refusing to go to "call-out".

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I tried Every single avenue, talked to every staff possible including, warden, A. Warden, captain, administrative remedy coordinator, to exhaust my remedies and wrote Regional director.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☑    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒    Yes

☒    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

      Plaintiff(s)  _____

      Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐    Yes

      ☐    No

      If no, give the approximate date of disposition.  _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒  Yes

☐  No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)  F.Cil Sheridan Warden

Defendant(s)  Myself and other inmates

2.  Court *(if federal court, name the district; if state court, name the county and State)*

Portland, OR Federal Courts

3.  Docket or index number

I Do Not KNow due to all legal property Not given to Me. once transfered

4.  Name of Judge assigned to your case

I do Not KNow due to all legal property Not given to Me.

5.  Approximate date of filing lawsuit

I do Not KNow due to all legal property Not given to Me,

6.  Is the case still pending?

☒  Yes

☐  No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___3-8___ , 20__22__

Signature of Plaintiff

Printed Name of Plaintiff   Kyle David Milton

Prison Identification #   17100-085

Prison Address   U.S. Penitenary ATWATER,

ATWATER , CA   95301

    City            State          Zip Code

### B.   For Attorneys

Date of signing: _____ , 20__.

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

UNITED STATES PENITENTIARY, ATWATER
P.O. BOX 019000              AUG 0 3 2022
ATWATER, CA  95301 DATE _____
The enclosed letter was processed through special mailing procedures
for forwarding to you. The letter has neither been opened nor
inspected. If the writer raises a question or problem over which
this facility has jurisdiction, you may wish to return the material
for further information or clarification. If the writer encloses
correspondence for forwarding to another address, please return
the enclosure to the above address.

12

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

~~EASTERN~~
~~CENTRAL~~ District of California

_____ Division

)  Case No. _____
)
Kyle David Milton  )      (to be filled in by the Clerk's Office)
Plaintiff(s)  )
(Write the full name of each plaintiff who is filing this complaint.  )  EMERGENCY PRELIMINARY
If the names of all the plaintiffs cannot fit in the space above,  )  INJUNCTION JUXTAPOSED WITH 28
please write "see attached" in the space and attach an additional  )  U.S.C. 1651 TO ENFORCE TITLE 18
page with the full list of names.)  )  U.S.C 4001 to 4004, 4042 and 133
-v-  B.M.  )  4081 FOR EMERGENCY MEDICAL
(USP Atwater Warden) TRATE  )  TREATMENT AS ORDERED BY
Paltenghi, R.MD, CD (Atwater Medical)  )  PSYChologist DR. BINDL (F.C.i. Sherd
(FCi Sheridan MD) DR. Grassely  )  DR. McCANN (USP Atwater)
~~DR. Hansen~~   Defendant(s)/Mat "Cordinater"  )  "Request BAIL ON My Own Recognizance
(Write the full name of each defendant who is being sued. If the  )  without Surety"
names of all the defendants cannot fit in the space above, please  )
write "see attached" in the space and attach an additional page  )
with the full list of names.)  )

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kyle David Milton |
| Street Address | P.o.Box 019001 |
| City and County | Atwater |
| State and Zip Code | California 95301 |
| Telephone Number | N/A |
| E-mail Address | N/A |

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name                B.M.Trate - USP Atwater WARDEN
Job or Title *(if known)*    WARDEN
Street Address          P.O.Box 019001
City and County         Atwater
State and Zip Code       California, 95801
Telephone Number        N/A
E-mail Address *(if known)*   N/A

Defendant No. 2

Name                PaltENghi, R. M.D.
Job or Title *(if known)*    M.D. Medical Doctor - Atwater
Street Address          P.O.Box 019001
City and County         Atwater
State and Zip Code       California, 95301
Telephone Number        N/A
E-mail Address *(if known)*   N/A

Defendant No. 3

Name                Dr. Grassely - F.C.I. Sheridan
Job or Title *(if known)*    Doctor - M.D. Mat treatment Coordinat
Street Address          P.O.Box 5000
City and County         Sheridan
State and Zip Code       Oregon, 97378
Telephone Number        N/A
E-mail Address *(if known)*   N/A

Defendant No. 4

Name                "John Doe" or Dr. Hanson
Job or Title *(if known)*    MAT treatment Coordinator
Street Address          P.O.Box 5000 019001
City and County         Atwater Sheri Da California, 95301
State and Zip Code       N/A California, 95301
Telephone Number        N/A
E-mail Address *(if known)*   N/A

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 28 U.S.C 1651. to enforce 18 USC 4001 to 4004, 4042 and 4081 First Step Act Pub L. 115-391, §2132 Stat 5193,5244 (2018) 1st, 4th, 5th, 6th 8th 9th, 14th amendment Constitutional rights. PLIE 8, 65

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the

   State of *(name)* _____

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated

   under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of

   the State of *(name)* _____ Or is a citizen of

   *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

             The defendant,  *(name)*  _____, is incorporated under

             the laws of the State of *(name)* _____, and has its

             principal place of business in the State of *(name)* _____

             Or is incorporated under the laws of *(foreign nation)* _____,

             and has its principal place of business in *(name)* _____

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        $500,000 ~~punitive~~ ̶̶̶̶̶̶̶̶̶̶

### III.   Statement of Claim

    Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?   SEE Attachments

        F.C.I Sheridan — Sheridan, OR
        U.S.P. Atwater FC — Atwater California

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

This has occured over a period from December 2021 when I was approved for Mat treatment by psychology DR Bindl, up until Now, I'm still being denied everyday for Medication and therapy treatment, In June I was again approved by Another psychologist, DR. McCann and As of 7-18-22 I'M still being denied life-saving medication for a severe Chronic condition, Known as O.U.d. (opioid use disorder)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* SEE "FACTS" Attachment

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Everyday The B.O.P. continues to neglect this issue is another day my life is at Risk, my physical and mental health is at Risk and staying drug-free while incarcerated. Once Medication is given that has already been approved by F.D.A, and B.O.P.'s psychology Dept I will No longer have my life, or Mental + physical health in danger. Everyday Medical and B.O.P. official refused to start me on Medication and treatment is Days my life was at Risk from Drug overdose from this Disability that's Uncontrollable. And Denial of Medical Records also cause injury when disallowing me crucial information to use access to courts and information Needed for a serious Medical issue

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For Documentation of psychology and Medical Records,

1)
2) To order Medical To start Mat treatment Medication (Suboxone)
3) $50,000 For Not Giving life-saving Medication that has put my life at Risk For Not prescribing As approved.
4) To Be Released under Compassionate Release Immediately

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     8-3-22

Signature of Plaintiff

Printed Name of Plaintiff      Kyle David Milton (Pro Se)

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES PENITENTIARY, ATWATER
P.O. BOX 019000          AUG 0 3 2022
ATWATER, CA  95301  DATE
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) THE WARDEN | DATE: 5/26/22 |
|---|---|
| FROM: KYLE Milton | REGISTER NO.: 17100085 |
| WORK ASSIGNMENT: N/A | UNIT: 4A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

IN DECEMBER OF LAST YEAR I was Approved for Mat treatment
Medication through psychology Dept. In Sheridan fci by DR. Birwill
I was supposed to see DR grassely a few weeks later for blood draw
and urine test and start Medication. I sent numerous request and
eventually filed a bp8 & bp9 which I havent recieved my bp9 from
Sheridan & could like a response. The captain & A.W. Contacted DR.
grassely and I was finally seen on 4-19-22, signed Mat treatment
Contract, scheduled me for bloodtest & was told I could start the
following week. I was then Notified that I was leaving and there
wasnt enough time, that they apologize because I should have see
on my meds Months ago. I was directed to Notify Medical as-

(Do not write below this line)

DISPOSITION:

This has been referred to
the Health service staff and
they will contact you.

| Signature Staff Member | Date 6/10/22 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                          Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER     **SECTION 6**

soon as I get off the bus here and Let them know its on my
Medical file

so they can continue process
do start treatment. I was seen for my inital medical
screen and explained to the doctor all of this and he said
he wasn't going to continue my medical issue and would
not order blood, urine and start medication. He said I
can start all over again from psychology and restart
process because each b.o.p. prison is seperate and doesn'
matter what happened at another b.o.p. facility. I am

Requesting #1 - That I get my Response from
FCI Sheridan Admin. Remedy Coorelantor on thi
issue so I can Continue my legal process.

#2.- That Medical be Notified and have
my blood, urine ordered, taken and start my
Medication. (see B.O.P.) Medical Records, DR gnissely 4-19-22, +
        DR. Bivon.)

I was even told by warden Hendricks at
FCI Sheridan that they are addressing my med
ical concerns and resolving the issue and medical
will be "taken care of" the issue so I don't
need to worry about the bp 9. which I'm still
being denied life safing Medication for a sever
chronic coindition.

            Thank you for your time.

                    Milton # 17100085

BP-S148.055 INMATE REQUEST TO STAFF   CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) MEDICAL DEPARTMENT | DATE: 12-27-2021 |
|---|---|
| FROM: Kyle Milton | REGISTER NO.: 17100085 |
| WORK ASSIGNMENT: N/A | UNIT: B07-205L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I WAS SCREENED/ASSESSED BY DOCTOR BONDL
IN PYSChology DEPARTMENt A FEW WEEKS AGO
TO STARt MEDICATION ASSISTED THERAPY (MAT). I WAS
DIRECTED TO SEE MEDICAL. ALSO AN E-MAIL WAS SENt
TO DR GRASLEY + WAS INSTRUCTED TO REQUEST APPOINTMENT.
THANK you FOR your tIME.

(Do not write below this line)

DISPOSITION:
You are Currently in the evaluation
process

| Signature Staff Member  FUSHE | Date 1/12/22 |
|---|---|

Record Copy - File; Copy - Inmate       This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)     and BP-S148.070 APR 94

# FACTS

IN DECEMBER OF 2021 I (KYLE DAVID MILTON) went to psychology To MEET with DR. BINDL at F.C.I. Sheridan About Being Approved For Medication-Assisted Treatment ("MAT"). I Told The Doctor That IVE BEEN Addicted To opioids for a lifetime and Desperatly Need help to treat My O.U.D. (opioid use Disorder) I was assessed, screened and Told I was approved To start the Mat treatment. I was Told within a couple weeks I would be seen by DR. Grassely at Medical To have blood and urine taken and when Results came back I would then start on Suboxone Medication and Treatment. Medical Never Called Me. I started putting Request after Request on this Matter to No Avail. I went back to DR BINDL and was told I'm approved and Medical should have called me by Now. That I should file a grevence, Bp8. So I did, Then I filed a Bp9 and Then while waiting for the Response DR Grassely seen Me. Asked IF I still wanted treatment I said yes and signed a Mat treatment contract & this was on 4-19-22 and IS IN My Medical Records. I was Scheduled for labs the following week, but The Day I was to take labs They came and swabbed me for Covid-19 and told they want do labs because IM transfering the following day. I Requested to speak To Lt. MORENO, Captain and DR Grassely) Lt Moreno and Captain Contacted DR Grassely and they told Me that They Cannot Give Me My treatment. That as soon as I got off Bus at My Next B.o.p. location that they will re-take labs and urine and start me on My Medication for treatment (suboxone) I was told "Mat" treatment IS B.o.p wide AND I won't have to wait or be approved again or BE Denied because this IS B.o.p. wide program. I told DR Grassely That a lot of other inmates have already started treatment that where approved after Me and an Inmate that was IN My unit and leaving to transfer on the same bus as me (Anthony Hunt) (transfering to S.Carolina) was approved the same day as me and had already Started Medication, So I too should recieve my medication because all inmates have a Right to Medical treatment and also all inmates and people in general have a right to

Equal treatment. He said theres Nothing he Can do. I then expl-
ained I am a disabled inmate with a severe ~~disease~~ chronic
condition/Disease and he's denying me life saving medication. He
refused to provide medication once I was transfered. I was
brought to Nevada Pahrump CCA. while awaiting to be brought to
USP Atwater, I was put in a Corontine Covid UNIT A/A. I ended
up in a cell with ANTHONY HUNT. The inmate receiving Medic-
tion already. 2 days after being in our cell AN inmate slid
a paper with a line of fentaynal under the door. MR. HUNT Refused
to use it because he's already taken his suboxone Medication so he's
Not having cravings in his brain receptors, and Knows that you
Cannot use opioids while on the Medication and was easy for
him to say No. The whole point in taking the medication. To save
your life. I couldn't say No. It was impossible, and I snorted
the fentaynal. I Realized it was too strong and so MR. HUNT
got the inmates to give me an "upper" stimulant (meth) to Keep me
awake, so I wouldn't have to contact staff and be given Narcan
and possibly get in trouble and put in S.H.U. Now the reason I
felt this was so important to the Courts, Is because there is two
inmates, both with O.U.D came from Sheridan OR, Both Approved
for treatment. ONE Given their Medication and another Neg-
-rected. Both transfered and opioids given to them. The one
with treatment gets the Results the treatment is supposed
to, while the other almost dies. Now IF I wasn't given the
upper, I would have overdosed and died. That is how serious this
opioid disorder IS. My Childrens Mother Amber ~~Foster~~ Died in
Florida last year from opioid overdose. They weren't given her
medication she was asking for. I had ANTHONY HUNT write an
affidavid, but they wouldn't let me bring with me, but I swe-
-ar under perjury and oath and God that, that's exactly what
happen and IF the Courts contacted ANTHONY HUNT IN the
B.O.P. prison hes currently IN, he will verify my statement
Now ONCE I got off the Bus I explained everything
to Medical Staff and he said he seen on 4-19-22 DR.
Grassely approved My Mat

treatment, but I will have to wait to have my Medical che-
ckup and tell the Doctor. About or around May 15th I had
a Medical appointment with Dr. Paltenghi, R MD. I explain
ed everything to him and that I needed him to schedule
my labs and start my Medication. He said he seen that I
was approved and seen the 4-19-22 Record, but that Atwater
Dont prescribe suboxone For Mat treatment, only Naltrexon
(vivitrol). I told him under the First Step Act and policy they
do offer Suboxone Medication and Methadone and that i've
taken Naltrexon. That not only does it not work for me, bu
gives me severe bad reaction and makes me very sick. He told
Me he will Not Continue my Medical issue, to start all over
with psychology Dept. I Explained hes denying me life-
Saving Medication for a chronic Condition and this is
putting my life in Danger from overdoses because drugs
are everywhere in PRISON and asked him to prescribe the
Medication I was approved for. He Refused. I put in a
bp-8 to counselor and Requested to talk to Dr. McCain in
psychology. When I got the Bp-8 back 6-1-22 they Resp
onded stating that the Doctor said, I never mentioned
anything about my Mat treatment, which is false. I app-
ealed and waiting for a Response, I then put in a Request.
For sick call to see the doctor on 6-1-22 to again go back
and request my treatment Medication. As of 6-5-22 I still ha
vent been called for Medical. I've sent 2 more request and ha
No Response. Dr. McCain called me on 6-8-22 and was also
approved again from this department. Just as I was last year
at F.c.i. Sheridan. Dr McCain told me I might have to file because
Medical isnt providing proper medication, but its out of her
hands. All Month i've been talking to staff, Lt's, A. Warden and
they all said "they will look into it", but heard Nothing. I wrote
Medical again about my medication and was finally responded
to saying "I will be scheduled accordingly". Thats what i've heard
Since LAST YEAR. Warden Trate came into my unit (4A) on
6-23-22 and I explained everything in Detail and went
as FAR



To Tell him about the death of My childrens Mother, and how if we need help to ask, so I said I'm asking for help. He laughed and as if it was a joke, said "he doubt it" Then for whatever Reason said "Get to filing and go to the courts" My cellmate was next to Me when he said it. I was taken back by it because I thought a person in a high up position as a prison warden would not only want to help, but be Much More professional and have more integrity in a Respected position as a warden. I Respectfully thanked him for his time and decided to take his advice and pursue this legal Matter with the highly respected courts. In the process of exhausting My administrative Remedy and preparing to pursue a Civil Action, I pray that the Courts can and will ORDER B.O.P.'s ATWATER MEDICAL to immediatly prescribe My Medication, while awaiting additional Relief. Everyday I'm not given life-saving Medication is another Day My disability, My disease, puts My life in Jeoprady.

I have Repeatedly been Requesting from staff Medical, psychology, for copies of My approval for "Mat" treatment. Copy of 4-19-22 Medical Records showing My Appointment with Dr. Grossely, The Medical positions and Names of staff. I've been Denied every peice of documents, Information on My treatment and everyone involved.

## Facts Relevent to "MAT" TREATMENT.

OPIOID USE DISORDER (OUD) IS RECOGNIZED AS A CHRONIC DISEASE AND A Disability UNDER THE AMERICANS with Disabilities ACT (ADA). THE RISK FROM opioid Addiction is WELL DOCUMENTED and Appropiate treatment for this disease exists and is crucial to preventing unnesserary deaths. THE MEDICAL ON-Assisted treatment program ("Mat") which utilizes Medications Such as Suboxone or METHADONE toge ther with behavoral therapy, is highly effective in

treating A.U.D. Just IN 2017 for example, The National Sheriffs Association and National Commission ON Correctional Health Care "URGED Jails and PRISONS ACROSS the Country to implement Mat programs in all facilities, calling it the most effective evidence-Based substance Abuse disorder treatment to combat opioid Abuse Disorder and the countries Drug epidemic. Also, recently THE FIRST STEP ACT implementation of Mat treatment to Federal INMATES to Reduce OVERDOSE DEATHS FOR OFFENDERS AND provide life saving MEDICATION TO INMATES WITH A Chronic Condition/DISABILITY. At WATERS MEDICAL, telling INMATES they Don't PRESCRIBE Suboxone OR METHADONE IS FALSE. THE B.O.P.S PATIENT CARE MANUAL (PROGRAM Statement 6031.04) gives discretion to provide Necessary CARE, INCLUDING treatment (Buprenorphine, Methadone) FOR opioid use Disorder/MAT TREATMENT, ON November, 5th 2019 expanded Mat treatment to include All FDA Approved MAT MEDICATIONS currently available IN the U.S. It IS Now Law to PROVIDE INMATES TREATMENT. First STEP Act, Publ. 115-391, 132 Stat. 5193, 5244 (2018). DENIAL OF treatment Medications violates the ADA. AND SECTION 504 OF The Rehabilitation Act (RA) Codified At 29 U.S.C. §794. ALSO Constitutes DELIBERATE INDIFFerence to My serious Medical Needs IN violation of the eighth amendment, Medicals practices and policys of treatment. Refusal is A violation UNDER the Equal protection clause OF the 19th AMENDMENT BECAUSE INMATES All OVER the B.O.P. ARE RECIEVING "MAT" TREATMENT AND PROPER MEDICATION.

10 of 2

As of Febuary of 2022, when fci Sheridans Medical DR. Grassely refused to start treatment and once transferred to usp At watter and DR. Paltenghi, R also Refused to Start treatment they had violated The FIRST STEP ACT and B.O.P.S 18 U.S.C §4042 Duty to CARE. As with WARDEN TRATE when I addressed My issue with him. They all where aware of this Medical issue and all refused to Do anything about it. When I requested all my Medical Records to these individuals they also violated 18 USC §4081 treatment OF PRISONERS AND 28 C.F.R. 513.10 ACCESS TO Records Violating 29 USC §1361 Rehabilitation Act of 1973 TITLE 1 of the Americans With Disabilities Act of 1990 because ive been diagnosed multiple times with opioid use disorder. MR. Paltenghi also refusing to prescribe medication that ive taken (Buprenorphine) or (Methadone) in the past that worked 100% for Me for treatment and stated he would only prescribe a Methadone Medication (Vivatrol) that has a severe reaction and does not work is also a clear indication that they are intentionally Not doing what they are held by policy and law to do. IN ESTELLE V. Gamble, 429 U.S. 97 97 S.Ct 285 501 F.2d 251 (1976)(Prisoners are entitled to Medical Care provided by the goverment, As A fundemental principle under the Eighth Amendment cruel and unusual Punishment clause) See Also white V. Napolean 897 F.2d 103 (3rd cir)(1990) Constitutional Indifference thats deliberate Can be shown by Medical Providers Persistence in ON ineffective course of treatment): See Also GREENO V. Daley, 414 F.3d 645 (7th Cir. 2005). Being A person thats Struggted with addiction since a child, born IN a house full of drugs overdoses and addiction I have to have Psychological and physical help. This is a Matter of life and death It's A disability that Can only be under Control and Maintained by Medication and treatment. THOMPSON V. Davis 295 F.3d 890 896 (9th Cir. 2002)("Drug addiction that signifi-cantly limits a MAJOR life Activity is a Recognized disability Under the A.D.A. I have Not only been approved for treatmen

ment once, but twice and still being denied treatment. Nelson
V Shuffman 603 F 3d 439 (8th Cir 2010)(viable eighth amendment
claim when prison psychologist prescribed treatment that was
never provided to prisoner.) I shouldn't have to overdose and
die like my childs mother did recently just to be able to rec-
-ive medication and therapy. Harper V Laurence County, 597 F
3d 1277 (11th Cir 2010)(officals violated due process when ignoring
warning prisoner needed medical treatment Resulting IN
withdrawl and death.) Every day is hard to even get up and
go about my Regular Day, Knowing the enviorment im IN, And
have No protection without my Medication and behavorial
therapy. I cant sleep at Night I toss and turn, Not knowing
when I might die too from opiods. To see other inmates all
over the BOP getting their "Mat" treatment and therapy
makes it clear to me that these staff are treating certain
inmates Much different than others. Im not the only one
waiting for treatment. I had a cellmate at FCI Sheridan
that was "on a list" to start treatment. He went to the
halfway house and died 3 days later, with an epidemic IN
our Country thats taken hundreds of thousands of people
and the FIRST STEPS ACT Expansion of treatment to
inmates, there IS No ~~Reason~~ Excuse No reason why im
Not recieving proper Medication and therapy. I pray
this Court will Grant me Emergency Relief in this matter
By.

1) ORDERING Medical to start Suboxone or Methadone
Medication Treatment.
2) Release Access To All Records, Medical/psychology
Pertaining to treatment
3) Start Therapy once Medicine IS provided.

Kyle D Milton # 17100085

A. WARDEN (ZARGOSA),

LAST YEAR IN DECEMBER 2021 I was seen By psychology Dept (DR.BINDL) At FCI SHERIDAN and was approved for MAT treatment program. I was told I would see Medical within 30 days to have blood turine taken and start once lab test came back. Medical never called me so I eventually filed a bp8 and 9. Once I filed the BP9 The captain, warden Hendricks and Lt. Moreno got involved and was told this was resolved. The DR. Came and seen me on 4-19-22 and I signed a Mat treatment Contract, was Scheduled for blood turine for the following week and was told I would Start the week after. I was instructed that I was leaving soon but would start before I left. The Next week Medical, captain and Lt. Moreno came And told me that I was leaving on transport and that there wasn't enough time to start me on the program. I was told that as soon As I got to my Next B.OP Destination That I would take my blood turine at the facility and have to start there. They Also stated that they put It on my Medical FIle 4/19/22, Just IN case Medical Needed to verify, AS soon As I got off the Bus I Explained to Medical and was told to let the Doctor Know the situation So he can continue My Medical Issue to schedule my blood t urine. Once I seen THE Doctor he told Me that he seen DR. Grassely had me scheduled for blood turine but he wasnt going to schedule it for Me and that I Need to start the process all over again, I'm Reque sting To have it verified about Me being approved Last year e at fci sheridan by DR.Bindl and to verify that DR. Grassely on 4-19-22 was finally doing labt starting my treatment, so I can have Medical do my blood turine and start treatment program. I Requested To only take suboxone strips until it was medically cleared to have the 30 day injection so I didn't have to go to medical everyday and I was told that

## CASE LAW Relevant

CREWS V. Sawyer March 31 2020 (10th Cir), plaintiff has opioid use disorder. To treat his Disorder plaintiff has used Suboxone (buprenorphine) as his treatment Medication for "MAT" Prison staff told him they wouldn't prescribe his Medication for his treatment. On Sept. 18th 2019 plaintiff filed a emergency injunctive relief and within 5 Calendar days plaintiff was given Suboxone Medication for his treatment

Pesce V. Coppinger Nov, 26, 2018 (1st Cir) Civil Action No. 18-11972-DJC
Plaintiff brought lawsuit alleging that defendant's Denying inmates access To "MAT" treatment for "O.U.D" violates the Americans with Disabilities Act ("ADA") and Eighth Amendment pursuant to 42 U.S.C.§1983.

First Step Act, Pub. L. 115-391, 132 Stat. 5193 5244 (2018). Expanded access and requires the B.O.P. To provide Evidence based treatment for heroine and opioid abuse for prisoners, including Medication-Assisted treatment ("MAT").

Chamberlain V. Va. Dept of Corrections Sept 9th 2021 Naltrexon has Repeatedly been documented as intolerable and inappropriate treatment for opioid abuse.

Lockwood V. Smith Feb 15th 2022 USDist.Court
Plaintiff Jared Lockwood (prose) filed a civil Rights complaint 28 U.S.C. §1331 For Relief to have Medical Staff him on his "MAT" program. He had been Approved for 7 months and had still Refused to start him on Medication.

Estelle V. Gamble, 429 U.S. 97, 104, 97 S. Ct. 285, 50L.Zed 2d 257 (1976) Deliberate indifference to a serious medical needs of prisoners constitutes the unnecessary and wanton infliction of Pain proscribed by the Eighth Amendment.

## Case Law

K. Kumara V. Osagre, 461 Fed3d.1269, 1269, 1281 (10th CiR)

Castaneda vs. U.S. 546, F3d, 682. (10th CiR) 2008)

Garcia V. S.U.N.Y. Health Servs CeN. of Brooklyn, 280 F3d 98 (2nd CiR 2000) (deliberate indifference or intentional discrimination are Necessary to support a damage claim under Americans with Disabilities Act or the Rehabilitation Act)

DickWorth V. Ahmad, 532 F3d 675 (7th CiR 2008) (under the Eighth Amendment, states have AN affirmative duty to provide Medical care to prisoners.)

Salinas V. O'Neill, 286 F. 3d 827 (5th CiR. 2002) (Damages for emotional distress May be provided Appropriate when suffering sleeplessness, anxiety, and humiliation.)

BiveNS V. Six UNKNOWN AgeNTS, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1970) holding that (1) plaintiff May Seek Money Damages under both BiveNS and 1983 Action for violating Fourth Amendment Rights.

F.S Royster Guano Co. V. Virginia, 253 U.S.412, 415 S.Ct.___, L.Ed.___ (1920) (under the Equal protection Clause" All persons similarly circumstances shall be treated alike by goverment officials.)

Lee V. Washington, 390 U.S. 333, ___ S.Ct.___ L.Ed.2d ___ (1968) (Per curiam) (Equal protection of laws Extends to the incarcerated.

## PROVISIONS

Rule 8, Rule 65

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

KYLE DAVID MILTON                    )        CASE: 1:22-CV-00988-EPG(PC)
Plaintiff                            )
          VS.                        )
(USP ATWATER, WARDEN) B.M. TRATE,    )
(ATWATER Medical) Paltenghi, R.M.D.  )
(FCi SHERIDAN M.D.) DR. Grassely     )
~~Defendants~~                       )
Defendants,                          )

## Plaintiffs First Request For Production

To: Defendant's and adverse Parties, B.M. Trate (USP Atwater Warden),
Paltenghi, R M.D. (Atwater Medical), DR. Grassely (FCi Sheridan), through
your attorneys of Record (or if you do Not have Attorneys at this time
through yourselfs).

Plaintiff Kyle David Milton, Fed Reg No # 17100085-Pro se-Serves this
request for Production of Documents upon you: WARDEN USP ATWATER, B.M.
TRATE; ATWATER USP Medical, Paltenghi, Rj and f.C.i. Sheridan Medical,
DR Gassely, As Authorized by Rule 26, 34, and 45 of the federal Rules
of Civil Procedure. As Required by Rule 26(a-b),(d-e)&(g), 34(b) 37(c)(1) and
45(c)(3)(b) defendants Must Produce All Requested documents, electronically
stored information, or tangible things within 30 days After Service of
this request, at the United States Penitentiary "Atwater", P.O. Box 019001,
Atwater, CA 95301, or at another place and time agreed on by parties.

The Following terms have the following Meanings, unless the Context
requires otherwise:

① PARTIES. The term ~~XXXXX~~ "Plaintiff" or "defendant", as well as a party's
full or abbreviated name or a pronoun ~~XXXXX~~ referring to a party,
means the party and, when applicable, his/her/it's/their agents,
representatives, officers, directors, employees, partners, Corporate, parent,
subsidiaries, or affiliates and experts. This definition is not intended to
impose a discovery obligation on Any person who is Not a party to the
litigation.

② PERSON. The term "Person" Means any Natural Person, a business, a
legal or govermental entity, or an association.

③ You & Your. The term "You" or "your" means the defendants and

adverse parties, B.M.Trate, Paltenghi,R and DR.Grassely of the United States Bureau of Prisons, and "defendants and adverse parties adverse parties, B.M.Trate, Paltenghi,R and DR.Grassely of the United States Bureau Of Prisons", agents Representatives, attorneys, experts, and other persons acting or purporting to act on Defendants and adverse parties, B.M.Trate, Paltenghi,R and DR Grassely of the United States Bureau Of Prisons, behalf.

(t) Material. The term "Material" means all documents, electronically stored information, or tangible things. The term is synonymous with and equal in scope to the usage of "documents, electronically stored information, or tangible things" in Federal Rules of Civil Procedure 34(a) j 45. A draft or Non-identical copy of a document, electronically stored information, or a tangible thing is a Seperate item within the meaning of this term.

(u) Document. The "term "document" means information that is fixed in a tangible medium, such as paper. It includes, but is not limited to, writings, drawings, films, charts, photographs, Notices, Memoranda, diaries, minutes, Correspondence, books, journals, Ledgers, reports, worksheets, Notes, printed e-mails, letters, abstracts, Audits, charts, checks, diagrams, drafts, instructions, lists, Logs, resumes, Summaries, files, Roster Sheets (Past & Present), Computation Sheets, Policies, Regulations, Accounts, and/or Any other information.

(2) ELECTORNICALLY STORED INFORMATION. The term "electronically stored information" means electronic information that is stored in a medium form which it can be Retrieved and examined. It includes, but is not Limited to, all electronic files that are electronically stored.

(a) "Electronic file" includes, but is not limited to, the following: Voice Mail messages and files; e-mail Messages and files; deleted files; temporary files; System history files; Internet or web browser history generated information stored in textual, graphical, or audio format; including history files, caches, and Cookies; Computer activity Logs; metadata; typewriter memory files; hard-drive files or any other Electronic file. Unless otherwise defined, each example used to illustrate the term "electronic file" will have the meaning assigned to it by: 18 U.S.C. 2510-2522; 2701-2712; 2721-2725; websters New World dictionary (10ᵗʰ Ed. 2003); Microsoft Computer Dictionary (5ᵗʰ ed. 2002).

(b) "Electronic storage" refers to electronic files contained on Magnetic, optical, or other storage media, such as hard drives, Flashdrives, DVD's, Cd's, tons, Cartridges, floppy diskettes, Smart Cards, intergrated circuit Cards (e.g.,

SIM card) and any other electronic storage used by the defendants or by their privies, unless otherwise defined, each example used by defendants to illustrate the term "electronic storage" will have the meaning assigned to it by: 18 U.S.C. 2510-2522; 2701-2712; 2721-2725; Webster's New World Computer Dictionary (10th Ed. 2003); Microsoft Computer Dictionary (5th Ed. 2002).

③ Tangible thing. The term "tangible thing" means physical objects that are not documents or electronically stored information.

⑤ COMMUNICATION. The term "Communication" means the transmittal of information in the form of facts, ideas, inquires, or otherwise.

⑥ Relating. The term "relating" means concerning, referring describing evidencing, or constituting, either directly or indirectly.

⑦ ANY. The term "any" should be understood in either it's most or it's least inclusive sense as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside it's scope.

⑧ AND/OR. The connectives "and" or "OR" should be construed either conjuctively or disjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside it's scope.

⑨ NUMBER. The use of the singular form of any word includes the plural and vise versa.

## INSTRUCTIONS

1. Respond to each Request for production seperately by listing the materials and by describing them as defined above. If the material is numbered or labeled for production, in each response provide both information that identifies the material and the materials number or label.

2. Produce documents and tangible things in the forms as they are kept in the ordinary course of business, or organize and number or label them to correspond with the categories in the discovery requests.

3. Produce electronically stored information in written transcripts in eight by eleven inch paper formats; keep all documents in native format and notify requesting party of responding party's intended form of production that is either reasonably usable or as it is ordinarly kept.

FOR ANY ELECTRONICALLY STORED INFORMATION PRODUCED:

(1) Produce a discovery log that details the type of information, the Source of the information, the discovery request to which the information corresponds and the information's electronic's I.D. Number.

(2) Write all the electronically stored information to reasonably usable Paper Format because requesting parties have No access to electronic

formats;

1. For electronically stored information, identify every source containing potentially res-
ponsive information that the defendants and their privies [Agents, ect] is not
searching or producing.

2. If objecting to a request for production, state the objection with particularity,
providing specific grounds for the objection. ~~with particularity~~

3. For any materials that the defendants asserts are privileged, protected, or
otherwise exempt from discovery, provide the following:

1) The specific grounds for the claim of privilege, protection, or other exemption.

2) The type of material being withheld, and, if the material is electronically
stored information, the file format of the material.

3) The subject matter of the material.

4) The date of the material.

5) The name, job title, and address of the author.

6) The name, job title, and address of each addressee of the material.

7) The name, job title, and address of each person who recieved, was
copied on, or otherwise saw all, part, or a summary of the material.

8) The name, job title, and address of the custodian of the material
and the materials current location.

4. For any materials that you claim no longer exist or cannot be
located, provide all of the following:

1) A statement identifying the material.

2) A statement of how and when the material passed out of
existence of when it could no longer be located.

3) The reasons for the materials nonexistence or loss.

4) The identity, address, and job title of each person having knowledge
about the nonexistence or loss of the material.

5) The identity of any other materials evidencing the nonexistence or
loss of the material or any facts about the nonexistence or loss.

Respectfully Submitted

Kyle David Milton #17100085
U.S. Penitentiary - Atwater
P.O. BOX 019001
Atwater, LA 95301
Pro Se for plaintiff

Certificate of mailing - Proof of service - Actual and Factual notice

I, Kyle David Milton, do Herby certify, declare and state, that I have mailed a copy of the above and foregoing document by postage prepaid mail addressed to the following named Defendant(s) - Respondant(s) by postage prepaid mail on this 3rd day of August 2022.

B.M TRATE (WARDEN)
U.S. Penitentiary - Atwater
P.O BOX 019001
Atwater, LA 95301

Paltenghi, R.M.D.
U.S Penitentiary - Atwater
P.O BOX 019001
Atwater, LA 95301

Dr. Grassely
F.C.I - Sheridan
P.O BOX 5000
Sheridan, OR 97378

Respectfully Submitted,

Court Clerk - U.S. District Court
For the Eastern Dist. Of California
Robert E. Coyle U.S. Courts
2500 Tulare St. Room 1501
Fresno, LA 93721

Kyle David Milton #17100085
U.S. Penitentiary - Atwater
P.O. BOX 019001
Atwater, LA 95301
(Pro Se for Plaintiff)

District Attorney - U.S. District Courts
For the eastern District of California
Robert E. Coyle U.S. Courts
2500 Tulare St. Room 1501
Fresno, Ca 93721

UNITED STATES PENITENTIARY ATWATER
P.O BOX 019000   AUG 0 3
ATWATER, CA 95301  DATE
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return to the above address.