UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DAVID MILTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>B.M. TRATE, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00988-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　　Plaintiff Kyle David Milton is incarcerated at Atwater U.S. Penitentiary and is proceeding *pro se* in this civil rights action. Plaintiff has submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff's application, however, is incomplete. Plaintiff has not submitted his application on the applicable form (AO 240) nor provided all information required by the form.[1] Therefore, Plaintiff's IFP application must be denied with leave to refile.

　　　　Accordingly, IT IS ORDERED that:

　　　　1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without

---

[1] In particular, Plaintiff does not authorize his institution of confinement to collect funds from his trust account and forward them to the Court in accordance with 28 U.S.C. § 1915(b)(2).

prejudice.

2. **Within thirty (30) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed or, in the alternative, pay the $402.00 filing fee for this action.[2]  **No request for an extension of time will be granted without a showing of good cause**.  **Failure to comply with this order may result in a recommendation for the dismissal of this action.**

3. The Clerk of Court is DIRECTED to attach to this Order a blank application form (AO 240) to proceed *in forma pauperis*.

IT IS SO ORDERED.

   Dated:  __August 12, 2022__                 /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff does not need to submit a new Prison Account Statement.

2