UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DAVID MILTON,<br><br>                              Plaintiff,<br><br>      v.<br><br>B.M. TRATE, et al.,<br><br>                              Defendants. | Case No. 1:22-cv-00988-ADA-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS TRATE'S AND GRASLEY'S MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 28) |

Kyle David Milton ("Plaintiff") is incarcerated at Atwater U.S. Penitentiary and is proceeding *pro se* and *in forma pauperis* in this civil rights action.

On April 25, 2023, defendants Trate and Grasley ("Defendants") filed a motion to dismiss and for summary judgment. (ECF No. 25). On May 12, 2023, Plaintiff filed a motion for a sixty-day extension of time to respond. (ECF No. 28). Plaintiff states that he did not receive Defendants' motion to dismiss and for summary judgment until May 8. Additionally, Plaintiff needs additional time to respond due to continual lockdowns and staffing shortages.

The Court finds good cause to grant Plaintiff's motion.

\\\

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff has until July 18, 2023, to respond to Defendants' motion to dismiss and for summary judgment.

IT IS SO ORDERED.

Dated:   **May 16, 2023**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE